Electronically Filed
2026-04-15 10:53:24
26-E-05687

## SUMMONS

TO: THE MARSHAL of the Magistrate Court of Cobb County or his lawful deputies and to the Sheriff of Cobb County or his lawful deputies.

GREETING: The defendant(s) herein is/are commanded and required personally (or by attorney) to appear at the Magistrate Court of Cobb County, 32 Waddell Street, Marietta, Georgia, between the hours of 8:00 a.m and 5:00 p.m, on or before the SEVENTH day (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday, or legal holiday) from the date of service of the within affidavit and summons to answer the affidavit in writing or orally. If the answer is NOT made, a Writ of Possession and/or judgment shall issue instanter.

WITNESS the Honorable Judges of this Court.
The affidavit was sworn and subscribed before the undersigned Deputy Clerk by the Affiant as provided by the Official Code of Georgia Annotated §44-7-50 and summons issued pursuant thereto.

K. ERWIN

_____
DEPUTY CLERK MAGISTRATE COURT OF COBB COUNTY

**PLEASE NOTE:**
To answer to this filing online, go to
https://efile.cobbcounty.gov

## AFFIDAVIT OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
[ ] Personally _____
[ ] To a person sui juris residing on the premises (Name) _____
       Age_____ Wt_____ Ht_____
[ ] Served _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.
[ ] Defendant not found in the jurisdiction of this Court. Reason: _____
[ ] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice ot the Defendant(s) to answer at the place stated in said summons

Date of Service _____    Defendant to answer on or before _____

_____
Deputy Marshal/Deputy Sheriff

## WRIT OF POSSESSION

TO THE MARSHAL OF THE MAGISTRATE COURT OF COBB COUNTY OR HIS LAWFUL DEPUTIES AND TO THE SHERIFF OF SAID COUNTY OR HIS LAWFUL DEPUTIES: You are hereby commanded to remove said defendant, together with his/her property thereon, from said house or premises and to deliver full and quiet possession of same to plaintiff herein.

This _____ day of _____, 20____    Tenant Eviction Date _____, 20____

_____
JUDGE, MAGISTRATE COURT OF COBB COUNTY    

_____
Deputy Marshal/Deputy Sheriff

Effective _____, 20____

## IN THE MAGISTRATE COURT OF COBB COUNTY
### DISPOSSESSORY PROCEEDING

Case No.26-E-05687

TRUE NORTH PROPERTY OWNER A, LLC
P.O. BOX 451027
ATLANTA, GA 31145
833-774-7377

MICHAEL J BARRY
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

ABIGAIL E JONES
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

AND ALL OTHER OCCUPANTS
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

Plaintiff Name, Address and Phone

Defendant Name, Address and Phone

1. Defendant is in possession as tenant of premises at the address in Cobb County as stated above.
2. Affiant is the [] Owner, [] Attorney, [X] Agent, [] Lessee of the owner of said premises.
3. Tenant holds the premises beyond the term for which the property was rented.
4. Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
5. Plaintiff desires and has demanded possession of premises.
6. Defendant has failed and refused to deliver possession of premises.
   WHEREFORE, Plaintiff DEMANDS

Efiled 15th day of April, 2026

K. W.
PO BOX 451027
ATLANTA GA, 31145
(770) 491-0522
*Affiant/Attorney Name, Address and Phone*

Electronically Filed
2026-04-23 02:20:06
26-E-05687

## MAGISTRATE COURT OF COBB COUNTY
### STATE OF GEORGIA

TRUE NORTH PROPERTY OWNER A, LLC
Plaintiff,
vs
ABIGAIL E JONES
MICHAEL J BARRY
AND ALL OTHER OCCUPANTS
Defendant

Civil Action No. 26-E-05687

### DISPOSSESSORY ANSWER

Comes now the defendant in the above styled case and files this his/her answer and shows to the court the following

Plaintiff's claim is denied and the defendant files this his/her counterclaim as follows:

Counter claim amount $100,000

Plaintiff breached the lease and warranty of habitability and committed various torts by renting the premises that should have never been rented. It also violated HUD federal statutes by failing to reasonably accommodate the disabilities of Ms. Jones. This dispossessory action has been filed by Plaintiff in retaliation against the tenants for requesting the reasonable accomodations. On April 16, 2026, Plaintiffs filed their federal and state claims (contract and torts) against Plaintiff and Progress Residential Management Service, LLC, Case No. 1:26-CV-02087-AT. A notice of removal will be filed shortly to consolidate the case in the federal action, where Defendants also sought an injunction against Plaintiffs for the retaliatory eviction.

WHEREFORE, defendant having fully answered prays that he/she be discharged and that the costs of this action be placed upon the plaintiff.

Efiled 23rd day of April, 2026

PAULA JEANETTE MCGILL
4901 OLDE TOWNE PKWY
SUITE 100
MARIETTA GA, 30068
(770) 367-1234
*Defendant Name, Address and Phone*

### CERTIFICATE OF SERVICE

I have this _____ day of _____, 20_____, served this plaintiff/plaintiff's attorney with a copy of said answer.

_____
Deputy Clerk

Electronically Filed
2026-04-22 17:11:07
26-E-05687
Electronically Filed
2026-04-15 10:53:24
26-E-05687

SUMMONS

TO: THE MARSHAL of the Magistrate Court of Cobb County or his lawful deputies and to the Sheriff of Cobb County or his lawful deputies.

GREETING: The defendant(s) herein is/are commanded and required personally (or by attorney) to appear at the Magistrate Court of Cobb County, 32 Waddell Street, Marietta, Georgia, between the hours of 8:00 a.m and 5:00 p.m, on or before the SEVENTH day (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday, or legal holiday) from the date of service of the within affidavit and summons to answer the affidavit in writing or orally. If the answer is NOT made, a Writ of Possession and/or judgment shall issue instanter.

WITNESS the Honorable Judges of this Court.
The affidavit was sworn and subscribed before the undersigned Deputy Clerk by the Affiant as provided by the Official Code of Georgia Annotated §44-7-50 and summons issued pursuant thereto.

K. ERWIN

_____
DEPUTY CLERK MAGISTRATE COURT OF COBB COUNTY

PLEASE NOTE:
To answer to this filing online, go to
https://efile.cobbcounty.gov

AFFIDAVIT OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
[ ] Personally _____
[ ] To a person sui juris residing on the premises (Name) _____
        Age_____ Wt_____ Ht_____
[ ] Served _____ a corporation by leaving a copy of the within
action and summons with _____ in charge of the office and place of doing
business of said Corporation in this County.
[ ] Defendant not found in the jurisdiction of this Court. Reason: _____
[X] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate
postage thereon, said copy containing notice ot the Defendant(s) to answer at the place stated in said summons

Date of Service _____ 4/17/2026 _____          Defendant to answer on or before _____ 4/24/2026 _____

Process Server          **Rita Gutierrez Avalos**
WRIT OF POSSESSION

TO THE MARSHAL OF THE MAGISTRATE COURT OF COBB COUNTY OR HIS LAWFUL DEPUTIES AND TO THE SHERIFF OF SAID COUNTY OR HIS LAWFUL DEPUTIES: You are hereby commanded to remove said defendant, together with his/her property thereon, from said house or premises and to deliver full and quiet possession of same to plaintiff herein.

This _____ day of _____, 20____          Tenant Eviction Date _____, 20____

_____          _____
JUDGE, MAGISTRATE COURT OF COBB COUNTY          Deputy Marshal/Deputy Sheriff

Effective _____, 20____

# IN THE MAGISTRATE COURT OF COBB COUNTY
## DISPOSSESSORY PROCEEDING

Case No.26-E-05687

TRUE NORTH PROPERTY OWNER A, LLC
P.O. BOX 451027
ATLANTA, GA 31145
833-774-7377

MICHAEL J BARRY
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

ABIGAIL E JONES
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

AND ALL OTHER OCCUPANTS
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

Plaintiff Name, Address and Phone          Defendant Name, Address and Phone

1. Defendant is in possession as tenant of premises at the address in Cobb County as stated above.
2. Affiant is the [] Owner, [] Attorney, [X] Agent, [] Lessee of the owner of said premises.
3. Tenant holds the premises beyond the term for which the property was rented.
4. Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
5. Plaintiff desires and has demanded possession of premises.
6. Defendant has failed and refused to deliver possession of premises.
   WHEREFORE, Plaintiff DEMANDS

Efiled 15th day of April, 2026

K. W.
PO BOX 451027
ATLANTA GA, 31145
(770) 491-0522
*Affiant/Attorney Name, Address and Phone*

...

SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

FILED IN OFFICE
1/6/2026 10:47AM
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN RE:
Case Number:

Permanent Process Servers
26MI00011
CV

ORDER

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE
A TRUE AND CORRECT AND COMPLETE COPY OF THE
ORIGINAL ITEM AND/OR ENTRY AS ON RECORD.
CASE No. 26 CV 02261  IN THIS OFFICE
THIS 6th DAY OF  Jan  20 26
Emily Thace Clerk
DEPUTY CLERK, COBB COUNTY COURT
COBB COUNTY, GEORGIA

1.

WHEREAS the Cobb Superior Court Council of Judges has established a roster of permanent process servers pursuant to O.C.G.A. §9-11-4(c) and the applicant below has submitted an application to be included on said roster.

2.

AND WHEREAS the applicant has submitted an application through Cobb County Superior Court Administration, whose responsibility it is to investigate and maintain the list of permanent process servers.

3.

AND WHEREAS the initial application contains an endorsement of applicant by a member of good standing of the State Bar of Georgia.

4.

AND WHEREAS a Georgia Criminal Information Center (GCIC) criminal background check has not revealed any circumstances that preclude the applicant.

5.

THEREFORE, the application to be a permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this Court pursuant to O.C.G.A. §9-11-4(c) for a term beginning January 15, 2026, and until January 15, 2027.

SO ORDERED this 20th day of November, 2025

_____
Presiding Judge
Cobb Judicial Circuit

ROBERT E. FLOURNOY III
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

Applicant:
Rita Beatriz Gutierrez Avalos
4901 Sugar Creek Drive
Sugar Hill, GA 30518

SUMMONS

Electronically Filed
2026-04-15 10:53:24
26-E-05687

TO: THE MARSHAL of the Magistrate Court of Cobb County or his lawful deputies and to the Sheriff of Cobb County or his lawful deputies.

GREETING: The defendant(s) herein is/are commanded and required personally (or by attorney) to appear at the Magistrate Court of Cobb County, 32 Waddell Street, Marietta, Georgia, between the hours of 8:00 a.m and 5:00 p.m, on or before the SEVENTH day (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday, or legal holiday) from the date of service of the within affidavit and summons to answer the affidavit in writing or orally. If the answer is NOT made, a Writ of Possession and/or judgment shall issue instanter.

WITNESS the Honorable Judges of this Court.
The affidavit was sworn and subscribed before the undersigned Deputy Clerk by the Affiant as provided by the Official Code of Georgia Annotated §44-7-50 and summons issued pursuant thereto.

K. ERWIN
_____
DEPUTY CLERK MAGISTRATE COURT OF COBB COUNTY

PLEASE NOTE:
To answer to this filing online, go to
https://efile.cobbcounty.gov

### AFFIDAVIT OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
[ ] Personally _____
[ ] To a person sui juris residing on the premises (Name) _____
     Age_____ Wt_____ Ht_____
[ ] Served _____ a corporation by leaving a copy of the within
action and summons with _____ in charge of the office and place of doing
business of said Corporation in this County.
[ ] Defendant not found in the jurisdiction of this Court. Reason: _____
[X] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice ot the Defendant(s) to answer at the place stated in said summons

Date of Service ____4/17/2026____

Defendant to answer on or before ____4/24/2026____

Process Server
**Rita Gutierrez Avalos**

WRIT OF POSSESSION

TO THE MARSHAL OF THE MAGISTRATE COURT OF COBB COUNTY OR HIS LAWFUL DEPUTIES AND TO THE SHERIFF OF SAID COUNTY OR HIS LAWFUL DEPUTIES: You are hereby commanded to remove said defendant, together with his/her property thereon, from said house or premises and to deliver full and quiet possession of same to plaintiff herein.

This ____ day of _____, 20___

Tenant Eviction Date _____, 20___

_____
JUDGE, MAGISTRATE COURT OF COBB COUNTY

Deputy Marshal/Deputy Sheriff

Effective _____, 20___

## IN THE MAGISTRATE COURT OF COBB COUNTY
## DISPOSSESSORY PROCEEDING

Case No.26-E-05687

TRUE NORTH PROPERTY OWNER A, LLC
P.O. BOX 451027
ATLANTA, GA 31145
833-774-7377

MICHAEL J BARRY
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

ABIGAIL E JONES
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

AND ALL OTHER OCCUPANTS
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

Plaintiff Name, Address and Phone

Defendant Name, Address and Phone

1. Defendant is in possession as tenant of premises at the address in Cobb County as stated above.
2. Affiant is the [] Owner, [] Attorney, [X] Agent, [] Lessee of the owner of said premises.
3. Tenant holds the premises beyond the term for which the property was rented.
4. Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
5. Plaintiff desires and has demanded possession of premises.
6. Defendant has failed and refused to deliver possession of premises.
   WHEREFORE, Plaintiff DEMANDS

Efiled 15th day of April, 2026

K. W.
PO BOX 451027
ATLANTA GA, 31145
(770) 491-0522
*Affiant/Attorney Name, Address and Phone*

...

SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

FILED IN OFFICE
1/6/2026 10:47AM
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN RE:
Case Number:

Permanent Process Servers
26MH00011
CV

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FOREGOING TO BE
A TRUE AND CORRECT AND COMPLETE COPY OF THE
ORIGINAL THAT APPEARS ON RECORD
CASE No. 26CV01301 IN THIS OFFICE
THIS 6th DAY OF Jan 20 26
Emily Thace Clerk
DEPUTY CLERK, COBB COUNTY COURT
COBB COUNTY, GEORGIA

ORDER

1.

WHEREAS the Cobb Superior Court Council of Judges has established a roster of permanent process servers pursuant to O.C.G.A. §9-11-4(c) and the applicant below has submitted an application to be included on said roster.

2.

AND WHEREAS the applicant has submitted an application through Cobb County Superior Court Administration, whose responsibility it is to investigate and maintain the list of permanent process servers.

3.

AND WHEREAS the initial application contains an endorsement of applicant by a member of good standing of the State Bar of Georgia.

4.

AND WHEREAS a Georgia Criminal Information Center (GCIC) criminal background check has not revealed any circumstances that preclude the applicant.

5.

THEREFORE, the application to be a permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this Court pursuant to O.C.G.A. §9-11-4(c) for a term beginning January 15, 2026, and until January 15, 2027.

SO ORDERED this 20th day of November, 2025

Robert E Flournoy III
Presiding Judge
Cobb Judicial Circuit

ROBERT E. FLOURNOY III
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

Applicant:
Rita Beatriz Gutierrez Avalos
4901 Sugar Creek Drive
Sugar Hill, GA 30518

SUMMONS

Electronically Filed
2026-04-15 10:53:24
26-E-05687

TO: THE MARSHAL of the Magistrate Court of Cobb County or his lawful deputies and to the Sheriff of Cobb County or his lawful deputies.

GREETING: The defendant(s) herein is/are commanded and required personally (or by attorney) to appear at the Magistrate Court of Cobb County, 32 Waddell Street, Marietta, Georgia, between the hours of 8:00 a.m and 5:00 p.m, on or before the SEVENTH day (or on the first business day thereafter if the seventh day falls on a Saturday, Sunday, or legal holiday) from the date of service of the within affidavit and summons to answer the affidavit in writing or orally. If the answer is NOT made, a Writ of Possession and/or judgment shall issue instanter.

WITNESS the Honorable Judges of this Court.
The affidavit was sworn and subscribed before the undersigned Deputy Clerk by the Affiant as provided by the Official Code of Georgia Annotated §44-7-50 and summons issued pursuant thereto.

K. ERWIN
_____
DEPUTY CLERK MAGISTRATE COURT OF COBB COUNTY

PLEASE NOTE:
To answer to this filing online, go to
https://efile.cobbcounty.gov

### AFFIDAVIT OF SERVICE

I have served the foregoing affidavit and summons on the Defendant(s) by delivering a copy of the same:
[ ] Personally _____
[ ] To a person sui juris residing on the premises (Name) _____
    Age_____ Wt_____ Ht_____
[ ] Served _____ a corporation by leaving a copy of the within
action and summons with _____ in charge of the office and place of doing
business of said Corporation in this County.
[ ] Defendant not found in the jurisdiction of this Court. Reason:
[X] By posting a copy to the door of the premises and depositing a copy in the U.S. Mail, First Class in an envelope properly addressed with adequate postage thereon, said copy containing notice of the Defendant(s) to answer at the place stated in said summons

Date of Service ____4/17/2026____          Defendant to answer on or before ____4/24/2026____

Process Server          **Rita Gutierrez Avalos**

### WRIT OF POSSESSION

TO THE MARSHAL OF THE MAGISTRATE COURT OF COBB COUNTY OR HIS LAWFUL DEPUTIES AND TO THE SHERIFF OF SAID COUNTY OR HIS LAWFUL DEPUTIES: You are hereby commanded to remove said defendant, together with his/her property thereon, from said house or premises and to deliver full and quiet possession of same to plaintiff herein.

This ____ day of _____, 20____          Tenant Eviction Date _____, 20____

_____          _____
JUDGE, MAGISTRATE COURT OF COBB COUNTY          Deputy Marshal/Deputy Sheriff

Effective _____, 20____

## IN THE MAGISTRATE COURT OF COBB COUNTY
## DISPOSSESSORY PROCEEDING

Case No.26-E-05687

TRUE NORTH PROPERTY OWNER A, LLC
P.O. BOX 451027
ATLANTA, GA 31145
833-774-7377

MICHAEL J BARRY
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

ABIGAIL E JONES
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

AND ALL OTHER OCCUPANTS
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

Plaintiff Name, Address and Phone          Defendant Name, Address and Phone

1. Defendant is in possession as tenant of premises at the address in Cobb County as stated above.
2. Affiant is the [] Owner, [] Attorney, [X] Agent, [] Lessee of the owner of said premises.
3. Tenant holds the premises beyond the term for which the property was rented.
4. Plaintiff is entitled to recover any and all rent that may come due until this action is finally concluded.
5. Plaintiff desires and has demanded possession of premises.
6. Defendant has failed and refused to deliver possession of premises.
   WHEREFORE, Plaintiff DEMANDS

Efiled 15th day of April, 2026

K. W.
PO BOX 451027
ATLANTA GA, 31145
(770) 491-0522
*Affiant/Attorney Name, Address and Phone*

...

SUPERIOR COURT OF COBB COUNTY

STATE OF GEORGIA

FILED IN OFFICE
1/6/2026 10:47AM
CONNIE TAYLOR
CLERK OF SUPERIOR COURT
COBB COUNTY

IN RE:
Case Number:

Permanent Process Servers
26MH00011
CV

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THIS WITH AND FOREGOING TO BE
A TRUE AND CORRECT AND COMPLETE COPY OF THE
ORIGINAL THAT APPEARS ON RECORD

CASE No. 26 CV02011   IN THIS OFFICE
THIS 6th DAY OF  Jan  20 26
Emily Thace Clerk
DEPUTY CLERK, COBB COUNTY COURT
COBB COUNTY, GEORGIA

ORDER

1.

WHEREAS the Cobb Superior Court Council of Judges has established a roster of permanent process servers pursuant to O.C.G.A. §9-11-4(c) and the applicant below has submitted an application to be included on said roster.

2.

AND WHEREAS the applicant has submitted an application through Cobb County Superior Court Administration, whose responsibility it is to investigate and maintain the list of permanent process servers.

3.

AND WHEREAS the initial application contains an endorsement of applicant by a member of good standing of the State Bar of Georgia.

4.

AND WHEREAS a Georgia Criminal Information Center (GCIC) criminal background check has not revealed any circumstances that preclude the applicant.

5.

THEREFORE, the application to be a permanent process server having been read and considered, said applicant is hereby appointed permanent process server of this Court pursuant to O.C.G.A. §9-11-4(c) for a term beginning January 15, 2026, and until January 15, 2027.

SO ORDERED this 20th day of November, 2025

Robert E Flournoy III
Presiding Judge
Cobb Judicial Circuit

ROBERT E. FLOURNOY III
SENIOR JUDGE, STATE OF GEORGIA
PRESIDING IN COBB JUDICIAL CIRCUIT

Applicant:
Rita Beatriz Gutierrez Avalos
4901 Sugar Creek Drive
Sugar Hill, GA 30518

Electronically Filed
2026-04-19 12:16:32
26-E-05687

<u>To</u>: All Judges, Clerks of Court, and Counsel of Record

<u>From</u>: Matthew F. Totten, Esq.

<u>Date</u>: April 19, 2026

<u>Re</u>: Notice of Leave of Absence: **26-E-05687**

Matthew F. Totten, Esq., respectfully notifies all Judges before whom he has actions pending, all affected Clerks of Court, and all counsel of record, that he will be on leave pursuant to Georgia Uniform Superior Court Rule 16 and/or Georgia Uniform Magistrate Court Rule 9, as may be applicable.

The period of leave during which Mr. Totten will be away from the practice of law is:

| Date | Description |
|---|---|
| February 16, 2026 through February 20, 2026 | School Break –Vacation |
| April 28, 2026 through May 3, 2026 | Personal Vacation - Anniversary |
| May 7, 2026 through May 11, 2026 | Conference – Real Property Law Institute – State Bar of Georgia – Exec. Cmte |
| June 29, 2026 through July 4, 2026 | Personal Vacation |
| October 9, 2026 through October 13, 2026 | School Break – Family Vacation |
| November 25, 2026 through November 27, 2026 | Thanksgiving Holiday |
| December 23, 2026 through January 1, 2027 | Christmas Holiday |

All affected Judges and counsel of record shall have ten (10) days from the date of this Notice to object. If no objections are filed, the leave shall be automatically granted in accordance with Georgia Uniform Superior Court Rule 16 and/or applicable Magistrate Court rules.

This __19__ day of __April__, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA
30338mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
Georgia State Bar No. 798589

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served all parties and/or counsel of record the within and foregoing **Notice of Leave of Absence** by statutory electronic service to all parties of record

This 19 day of _April_ , 2026

THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
Georgia State Bar No. 798589

2

Electronically Filed
2026-04-23 02:20:06
26-E-05687

## MAGISTRATE COURT OF COBB COUNTY
## STATE OF GEORGIA

TRUE NORTH PROPERTY OWNER A, LLC
Plaintiff,

vs

ABIGAIL E JONES
MICHAEL J BARRY
AND ALL OTHER OCCUPANTS
Defendant

Civil Action No. 26-E-05687

### DISPOSSESSORY ANSWER

Comes now the defendant in the above styled case and files this his/her answer and shows to the court the following

Plaintiff's claim is denied and the defendant files this his/her counterclaim as follows:

Counter claim amount $100,000

Plaintiff breached the lease and warranty of habitability and committed various torts by renting the premises that should have never been rented. It also violated HUD federal statutes by failing to reasonably accommodate the disabilities of Ms. Jones. This dispossessory action has been filed by Plaintiff in retaliation against the tenants for requesting the reasonable accomodations. On April 16, 2026, Plaintiffs filed their federal and state claims (contract and torts) against Plaintiff and Progress Residential Management Service, LLC, Case No. 1:26-CV-02087-AT. A notice of removal will be filed shortly to consolidate the case in the federal action, where Defendants also sought an injunction against Plaintiffs for the retaliatory eviction.

WHEREFORE, defendant having fully answered prays that he/she be discharged and that the costs of this action be placed upon the plaintiff.

Efiled 23rd day of April, 2026

PAULA JEANETTE MCGILL
4901 OLDE TOWNE PKWY
SUITE 100
MARIETTA GA, 30068
(770) 367-1234
*Defendant Name, Address and Phone*

### CERTIFICATE OF SERVICE

I have this _____ day of ___ APR 2 9 2026 _____, 20_____, served this plaintiff/plaintiff's attorney with a copy of said answer.

_____ Deputy Clerk

### MAGISTRATE COURT OF COBB COUNTY
### STATE OF GEORGIA

TRUE NORTH PROPERTY OWNER A, LLC

*Plaintiff,*

*Civil Action Number* 26-E-05687

MICHAEL J BARRY

ABIGAIL E JONES

AND ALL OTHER OCCUPANTS

*Defendant.*

TOTTEN

### PLAINTIFF'S NOTICE OF HEARING

The enclosed *Answer* has been filed in response to the above-styled dispossessory case and is scheduled for a hearing on *MAY 15, 2026 at 01:30 PM* in *COURTROOM M403, 4ᵀᴴ FLOOR* of the Cobb County Magistrate Court, Public Safety Building, 32 Waddell Street, Marietta, Georgia 30090.

### *It is imperative that you:*

1) REPORT AT LEAST 45 MINUTES PRIOR TO THE ABOVE NOTED TIME TO CHECK IN.
2) Have the attached worksheet **fully and accurately** completed before arrival.

### *If you fail to appear by the call of the calendar time:*

**Your case will be dismissed without prejudice if you do not contact the clerk at (770) 528-8910 explaining specific reasons acceptable to the court for your failure to appear on time, an anticipated arrival time, and a number where you may be reached until your arrival.**

This 29day of APRIL, 2026.

*Ashley Dulworth*
Civil Division Manager

THE MAGISTRATE COURT OF COBB COUNTY
STATE OF GEORGIA

TRUE NORTH PROPERTY OWNER A, LLC

Vs                                                          *Civil Action Number*: 26-E-05687

MICHAEL J BARRY
ABIGAIL E JONES
AND ALL OTHER OCCUPANTS

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED TO RETURN TO THE MAGISTRATE COURT FOR A HEARING ON THE 15 DAY OF MAY, 2026, IN COURTROOM M403, 4TH FLOOR AT 01:30 PM, <u>PUBLIC SAFETY</u> BUILDING, 32 WADDELL STREET, MARIETTA, GA 30090.

LANDLORDS: YOUR CASE WILL BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROPERLY CHECK IN AND APPEAR BY THE CALL OF THE CALENDAR.

TENANTS: YOUR ANSWER WILL BE STRUCK FOR FAILURE TO APPEAR BY THE CALL OF THE CALENDAR.

## DISPOSSESSORY SUPPLEMENTAL NOTICE

For questions or concerns about your case, please e-mail **MagCivil@cobbcounty.org** or call **(770) 528-8900**.

Magistrate Court staff are prohibited from giving legal advice. You may be eligible for legal representation through Cobb Legal Aid. Please see **atlantalegalaid.org/apply** or call **(770) 528-2565** for more information.

## CERTIFICATE OF SERVICE

I have this <u>29</u> day of <u>APRIL, 2026</u>, served the plaintiff/plaintiff's attorney with a copy of said answer and notice of hearing.

_____
Deputy Clerk

Judge Brendan Murphy
Cobb County Magistrate Court
32 Waddell Street
Marietta, Georgia 30090-9656

RETURN SERVICE REQUESTED

MICHAEL J BARRY
1401 RHODODENDRON DR NW
ACWORTH, GA 30102

Judge Brendan Murphy
Cobb County Magistrate Court
32 Waddell Street
Marietta, Georgia 30090-9656

RETURN SERVICE REQUESTED

PAULA JEANETTE MCGILL
4901 OLDE TOWNE PKWY SUITE 100
MARIETTA, GA 30068