IN THE MAGISTRATE COURT OF COBB COUNTY

STATE OF GEORGIA

TRUE NORTH PROPERTY OWNER A, LLC

      Plaintiff                        CIVIL ACTION FILE NO.
                                        26-E-05687

vs.

MICHAEL J. BARRY, ET AL.

      Defendants

## NOTICE OF FILING NOTICE OF REMOVAL

Notice is hereby given of the filing of a Notice of Removal of the above-styled civil action to the United States District, for the Northern District of Georgia, Atlanta, Division. A copy of the Notice of Removal filed with the United States District Court is attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), all future proceedings in the Court are stayed.

 This the 11th day of May 2026

                                    THE MCGILL LAW FIRM, LLC

                                    /s/Paula J. McGill
                                    Paula J. McGill
                                    GA Bar No. 610510
                                    Attorney for Plaintiff

4901 Olde Towne Pkwy, #100
Marietta, GA 30068
(770)367-1234 (telephone)
demandingjustice@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a copy of the Notice of Removal by first class mail postage prepaid and by statutory electronic service to the following:

Matthew F. Totten
The Totten Firm, LLC
5579 Chamblee-Dunwoody Rd.
Suite B-136
Atlanta, GA 30338
mft@tottenfirm.com

This the 11th day of May 2026

THE MCGILL LAW FIRM, LLC


/s/Paula J. McGill
Paula J. McGill
GA Bar No. 610510
Attorney for Plaintiff

4901 Olde Towne Pkwy, #100
Marietta, GA 30068
(770)367-1234 (telephone)
demandingjustice@gmail.com

## EXHIBIT A

**Notice of Removal filed in Federal Court**

**(This Exhibit A is not included in the Federal Court Exhibit)**