Electronically Filed
2026-04-23 02:20:06
26-E-05687

## MAGISTRATE COURT OF COBB COUNTY
## STATE OF GEORGIA

TRUE NORTH PROPERTY OWNER A, LLC
Plaintiff,

vs

ABIGAIL E JONES
MICHAEL J BARRY
AND ALL OTHER OCCUPANTS
Defendant

Civil Action No. 26-E-05687

### DISPOSSESSORY ANSWER

Comes now the defendant in the above styled case and files this his/her answer and shows to the court the following

Plaintiff's claim is denied and the defendant files this his/her counterclaim as follows:

Counter claim amount $100,000

Plaintiff breached the lease and warranty of habitability and committed various torts by renting the premises that should have never been rented. It also violated HUD federal statutes by failing to reasonably accommodate the disabilities of Ms. Jones. This dispossessory action has been filed by Plaintiff in retaliation against the tenants for requesting the reasonable accomodations. On April 16, 2026, Plaintiffs filed their federal and state claims (contract and torts) against Plaintiff and Progress Residential Management Service, LLC, Case No. 1:26-CV-02087-AT. A notice of removal will be filed shortly to consolidate the case in the federal action, where Defendants also sought an injunction against Plaintiffs for the retaliatory eviction.

WHEREFORE, defendant having fully answered prays that he/she be discharged and that the costs of this action be placed upon the plaintiff.

Efiled 23rd day of April, 2026

PAULA JEANETTE MCGILL
4901 OLDE TOWNE PKWY
SUITE 100
MARIETTA GA, 30068
(770) 367-1234
*Defendant Name, Address and Phone*

### CERTIFICATE OF SERVICE

I have this _____ day of ____APR 2 9 2026____, 20_____, served this plaintiff/plaintiff's attorney with a copy of said answer.

_____
Deputy Clerk