**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**600 EAST FIRST STREET**
**ROME, GEORGIA 30161**

**KEVIN P. WEIMER**
**CLERK OF COURT**

**CIVIL SECTION**
**706-378-4060**

May 27, 2026

Magistrate Court of Cobb County
32 Waddell Street
Marietta, GA 30090

> **Re:    *True North Property Owner A, LLC v. Michael J. Barry, et al.***
> **Your Case Number: 26-E-05687**
> **Our Case Number: 1:26-cv-2640-AT**

Dear Clerk:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court as well as a docket sheet.

Sincerely,

Kevin P. Weimer
Clerk of Court

By:    s/Jill Ayers
Deputy Clerk

Enclosure